```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    # 06000261  -  DM
       March 16, 2006

  Code    Case #    Qty      Amount

  IND FELD 05-40 E cr          100.00 CA


  TOTAL→                       100.00


  FROM: ROBERT ROBERTS
        446 EAST FIFTH STREET
        ERIE PA 16507
```

Special assessment
CR 05-40 E
$100.00
#06-21)